H. W. *Chase* and J. A. *Wilstach,* for the appellants.

G. S. *Orth* and J. A. *Stein,* for the appellee.

(1) *Ante,* 96.

THE SAME CASE.

ON PETITION for a Rehearing (1).

*Per Curiam.*—The point on which the petition for a rehearing is rested, is decided at the *May* term, 1857, in the *Jeffersonville Railroad Company* v. *Butler,* (2).

To avoid the embarrassment constantly occurring in giving construction to ambiguous language, as in the case of *Montgomery* v. *Doe,* 4 Ind. R. 266, the 30th rule was adopted. Its policy to secure accuracy, and to lead this Court at once to the main question, is obvious; and compliance with it easy.

The petition is overruled.

Same counsel as above.

(1) The opinion overruling the petition for rehearing was delivered on the 21st of *May,* 1857; but for convenience it is printed here.

(2) *Post,* vol. 9 of these Reports.